UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ROY VILLARREAL, <br><br> Plaintiff, <br><br> v. <br><br> DOLGENCORP OF TEXAS INC. d/b/a DOLLAR GENERAL STORE #10560, et al., <br><br> Defendants. | No. 5:23-CV-119-H |

### ORDER OF DISMISSAL

Before the Court is the plaintiff's Agreed Notice of Nonsuit Without Prejudice. Dkt. No. 11. The Court construes the notice of nonsuit as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendants are dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on January 4, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE